Circuit Court, District of Columbia. Oct. Term, 1821.

#### DISCHARGE OF JUROR.

A juror who has a cause at issue which he expects will be tried at the same term, will be discharged, and if not discharged, may be challenged.

Darius Claggett, who was summoned as a juror, made affidavit that he had a cause at issue in this court, which he expected would be tried at this term, and prayed to be discharged. See Acts Md. 1715, c. 37, § 9; 1778, c. 21, §§ 2, 3; and 1797, c. 87.

THE COURT (MORSELL, Circuit Judge, contra) discharged him.